IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,
v.                                                      CASE NO. 1:11-cv-183-SPM-GRJ

DALE ELZIE, et al.

    Defendants.
_____/

## REPORT AND RECOMMENDTION

Plaintiff initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, and has been granted leave to proceed as a pauper. The allegations of the instant Complaint are almost identical to those made by Plaintiff in *Williams v. Bowling*, Case. No. 1:11-cv-181. In that case, the Court ordered Plaintiff to file an amended complaint, but the order was returned as undeliverable. The Court recommended dismissal for failure to prosecute, and Plaintiff did not file objections. The recommendation remains pending before the district judge.

In view of the recommended disposition of *Williams v. Bowling*, and the fact that Plaintiff recently filed another case in the Tallahassee Division using a different address, *see Williams v. Schrader*, Case No. 4:11-cv-647, the Court ordered Plaintiff to advise the Court on or before January 12, 2012, as to whether he intends to prosecute the claims in this case. As of the date of this Order, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute**.** The **Clerk** is directed to serve this Report and Recommendation

upon Plaintiff at his address of record and at the following address: Eric Seymour Williams, P.O. Box. 145, Tallahassee FL 32302.

**IN CHAMBERS**  this 17th day of January 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.