IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                                      Case No. 1:11cv183-SPM/GRJ

DALE ELZIE, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 6) which recommends that this case be dismissed for failure to prosecute. Plaintiff has been afforded an opportunity to file objections. No objections were filed. I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

    **ORDERED AND ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 6) is **adopted** and incorporated by reference into this order; and

    2.    This case is **dismissed** for failure to prosecute.

    3.    The Clerk is directed to close this case.

    **DONE AND ORDERED** this 16th day of February, 2012.

                                    *S/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Senior United States District Judge